HENRY HIRSCH, as Administrator of the Estate of AARON HIRSCH, Deceased, v. TWENTIETH CENTURY-FOX FILM CORPORATION.— Motion to dismiss appeal granted, with $10 costs.   Concur — Breitel, J. P., Botein, Cox and Frank, JJ.